AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. MARSHAL
2021 DEC -3 AM 10:42
MIDDLE DIST. OF FLORIDA
TAMPA

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>SERGIO JOSE REYES ESPINOZA<br><br>*Defendant* | )<br>)  Case No. 8:21-cr-380-TPB-AAS<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SERGIO JOSE REYES ESPINOZA,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute a thousand (1000) kilograms or more of marihuana while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute a thousand (1000) kilograms or more of marihuana, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 12/3/2021

*Issuing officer's signature*: Melanie Bouman

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12-03-2021, and the person was arrested on *(date)* 12-15-2021
at *(city and state)* MIAMI, FL.

Date: 12/16/21

*Arresting officer's signature*: SIGN FOR USCG

R. Delgall CWO SN
*Printed name and title*